IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:19CR249 |
| vs. | |
| LEAGSAIDH HARGREAVES, | ORDER |
| Defendant. | |

This matter is before the court on Defendant's MOTION TO EXTEND TIME FOR FILING OF PRETRIAL MOTIONS [33]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by November 18, 2019.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND TIME FOR FILING OF PRETRIAL MOTIONS [33] is granted. Pretrial motions shall be filed on or before November 18, 2019.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date, and November 18, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3. The Trial Order [32] is vacated as to both defendants. Trial will be rescheduled upon expiration of the pretrial motion deadline.

Dated this 19th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge