IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LEAGSAIDH HARGREAVES,<br><br>　　　　　　　Defendant. | 8:19CR249<br><br>ORDER |

　　　On October 22, 2020 the court held a hearing on the motion of Attorney Alberto Silva to withdraw as counsel for the defendant, Leagsaidh Hargreaves. (Filing No. 57).  Alberto Silva represented that the Defendant had requested he file a Motion to Withdraw as well as the other reasons stated in his motion.  After inquiry of the Defendant and her counsel the court granted Alberto Silva's motion to withdraw (Filing No. 57).

　　　Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Leagsaidh Hargreaves for the balance of these proceedings pursuant to the Criminal Justice Act. Alberto Silva shall forthwith provide Donald L. Schense with the discovery materials provided the defendant by the government and such other materials obtained by Alberto Silva which are material to Leagsaidh Hargreaves's defense.

　　　The clerk shall provide a copy of this order to Donald L. Schense and the defendant.

　　　Dated this 22nd day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge